—LAW OFFICES—
# GluckWalrath LLP

428 River View Plaza, Trenton, New Jersey 08611
Tel: (609) 278-1900  Fax: (609) 278-9200
www.glucklaw.com

**Reply To: Trenton Office**
David A. Clark
Direct Dial 609-278-3906
DClark@glucklaw.com

Red Bank Office
11 Wharf Avenue, Suite 4
Red Bank, NJ 07701
Tel: (732) 530-8822  Fax: (732) 530-6770

Newark Office
744 Broad Street, 16th Floor
Newark, New Jersey 07102
Tel: (973) 735-2673

December 12, 2011

**Via Facsimile and Regular Mail**
Hon. Karen M. Williams, U.S. Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Room 2040
P.O. Box 849
Camden, NJ 08102-2040

Re: **Williams v. J. Bentivegna, et als.**
**Civil Action No. 11-4018 (JEI/KMW)**

Dear Judge Williams:

    I represent the defendant, Detective Jon Bentivegna, in the above-referenced action which is scheduled for a settlement conference before Your Honor on Friday, December 16, 2011 at 1:30 p.m. As discussed at the initial conference in this action, the New Jersey Turnpike Authority (the "NJTA") is providing Det. Bentivegna with a defense in this action since Det. Bentivegna, a New Jersey State Trooper, was providing police services on a road owned and operated by the NJTA (specifically, the Garden State Parkway). I recently learned that the NJTA representative who was going to attend the settlement conference with me cannot attend the conference in person, but can and will be available by telephone with full settlement authority. The Order entered by Your Honor in this action indicates that clients may appear by telephone with the consent of the parties and advance approval of the Court. I have spoken with the plaintiff's attorney, Douglass Derry, Esq., and he has consented to allowing the settlement conference to proceed with the NJTA representative available by telephone. I am therefore writing to Your Honor to respectfully request that Your Honor allow the conference to proceed as scheduled with the NJTA representative available by telephone. Please advise me as soon as possible if this is acceptable to the Court. Thank you for your consideration in this matter.

Respectfully submitted,
**GluckWalrath LLP**

By: *DClark/pld*
David A. Clark

DAC:pld
cc: Douglass L. Derry, Esquire